**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Milton LEWIS, a/k/a Flash, Defendant–Appellant.**

**No. 01–6993.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 12, 2001.

Milton Lewis, pro se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, NC, for appellee.

---

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

Milton Lewis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Lewis's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Lewis,* Nos. CR–96–79–BO; CA–00–353–5–BO (E.D.N.C. Mar. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*